IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PERSONALWEB TECHNOLOGIES, LLC. | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. 11-656 |
| GOOGLE INC. AND YOUTUBE, LLC. | § § | JURY TRIAL DEMANDED |
| Defendants. | § § § § | |

**NOTICE OF APPEARANCE**

The following designated attorney hereby enters an appearance as additional counsel of record for plaintiff, and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of plaintiff.

> Kalpana Srinivasan (CA State Bar No. 237460)
> SUSMAN GODFREY L.L.P.
> 1901 Avenue of the Stars, Suite 950
> Los Angeles, California 90067
> Telephone: (310) 789-3100
> Facsimile: (310) 789-3150
> ksrinivasan@susmangodfrey.com

> Respectfully submitted,
>
> /s/ Kalpana Srinivasan
> Kalpana Srinivasan (CA State Bar No. 237460)
> SUSMAN GODFREY L.L.P.
> 1901 Avenue of the Stars, Suite 950
> Los Angeles, California 90067
> Telephone: (310) 789-3100
> Fax: (310) 789-3150
> E-mail: ksrinivasan@susmangodfrey.com

2085624v1/012790