AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Personal Web Technologies, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   11-656 |
| Google, Inc. and YouTube, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Personal Web Technologies, LLC

Date:     12/09/2011

*Attorney's signature*

Joseph S. Grinstein, TX Bar No. 24002188
*Printed name and bar number*

Susman Godfrey LLP
1000 Louisiana, Suite 5100
Houston, Texas 77002
*Address*

jgrinste@susmangodfrey.com
*E-mail address*

(713) 651-9366
*Telephone number*

(713) 654-6666
*FAX number*