AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| PersonalWeb Technologies, LLC | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   11-cv-656 |
| Google, Inc. and YouTube, LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PersonalWeb Technologies, LLC

Date:      12/12/2011

*Attorney's signature*

Justin A. Nelson, TX Bar No. 24034766
*Printed name and bar number*

Susman Godfrey L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101

*Address*

jnelson@susmangodfrey.com
*E-mail address*

(206) 516-3880
*Telephone number*

(206) 516-3883
*FAX number*