AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF TEXAS

| PersonalWeb Technologies, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 11-cv-656 |
| Google, Inc. and YouTube, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PersonalWeb Technologies, LLC

Date: 12/12/2011

*Attorney's signature*

Marc M. Seltzer, CA Bar No. 54534
*Printed name and bar number*

Susman Godfrey L.L.P.
1901 Avenue of The Stars
Suite 950
Los Angeles, CA 90067
*Address*

mseltzer@susmangodfrey.com
*E-mail address*

(310) 789-3100
*Telephone number*

(310) 789-3150
*FAX number*