AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| PersonalWeb Technologies, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 11-cv-656 |
| Google, Inc. and YouTube, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PersonalWeb Technologies, LLC

Date: 01/03/2012

*Attorney's signature*

Ashley L. McMillian, Bar No. 24070252
*Printed name and bar number*

Susman Godfrey, L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002

*Address*

amcmillian@susmangodfrey.com
*E-mail address*

(713) 653-7837
*Telephone number*

(713) 654-6666
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2012, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Ashley L. McMillian*
Ashley L. McMillian