AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas - Tyler Division

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JAN 04 2012
DAVID J. MALAND, CLERK

PersonalWeb Techologies, LLC )
)
*Plaintiff* )
)
v. ) Civil Action No. 6:11-cv-00656
Google, Inc. and YouTube, LLC )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Google, Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Max L. Tribble Jr.
Susman Godfrey LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002
713-653-7820

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/9/11

*David Maland*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 6:11-cv-00656

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GOOGLE, INC.
was received by me on *(date)* 12/12/2011 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Bradley Ellison @ 12:15 p.m. , who is designated by law to accept service of process on behalf of *(name of organization)* CSC-Lawyers Inc. Service 2730 Gateway Oaks Dr. #100, Sacramento, CA 95833 on *(date)* 12/12/2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/12/2011

*Server's signature*

Carlton Xicontencatl
*Printed name and title*

CLSS - NWSC
2522 Lower Mason Creek Road
Bandera, TX 78003
*Server's address*

Additional information regarding attempted service, etc: