# Exhibit 15

# PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| Kinetech, Inc. | 07/05/2011 |

**RECEIVING PARTY DATA**

| Name: | PersonalWeb Technologies, LLC |
|---|---|
| Street Address: | 112 E Line Street |
| Internal Address: | Suite 204 |
| City: | Tyler |
| State/Country: | TEXAS |
| Postal Code: | 75702 |

**PROPERTY NUMBERS Total: 7**

| Property Type | Number |
|---|---|
| Patent Number: | 5978791 |
| Patent Number: | 6415280 |
| Patent Number: | 6928442 |
| Patent Number: | 7802310 |
| Patent Number: | 7945539 |
| Patent Number: | 7945544 |
| Patent Number: | 7949662 |

**CORRESPONDENCE DATA**

Fax Number: (703)894-6430
Correspondence will be sent via US Mail when the fax attempt is unsuccessful.
Phone: 7038946400
Email: Brian.Siritzky@davidsonberquist.com
Correspondent Name: Brian Siritzky
Address Line 1: 4300 Wilson Boulevard
Address Line 2: 7th Floor

501645542

PATENT
REEL: 026843 FRAME: 0407

| Address Line 4: | Arlington, VIRGINIA 22203 |
|---|---|
| ATTORNEY DOCKET NUMBER: | 4007-0001 |
| NAME OF SUBMITTER: | Brian Siritzky |

Total Attachments: 3
source=PA_4007_US_Patents_TrueNames_Assignment_09_01_2011#page1.tif
source=PA_4007_US_Patents_TrueNames_Assignment_09_01_2011#page2.tif
source=PA_4007_US_Patents_TrueNames_Assignment_09_01_2011#page3.tif

## ASSIGNMENT OF ISSUED U.S. PATENTS
## FROM
## KINTECH, INC. TO PERSONALWEB TECHNOLOGIES, LLC

WHEREAS, the undersigned, to wit: Kinetech, Inc. of 12711 Ventura Boulevard, Suite 210, Studio City, California 91604, U.S.A. (hereinafter "ASSIGNOR") is the owner of an undivided fifty percent (50%) interest in and to the following U.S. Letters Patents:

| Application No. | Patent No. | Filing Date | Issue Date | Title |
|---|---|---|---|---|
| 08/960,079 | 5,978,791 | 24-Oct-97 | 2-Nov-99 | Identifying And Requesting Date In Network Using Identifiers Which Are Based On Contents Of Data |
| 09/283,160 | 6,415,280 | 1-Apr-99 | 2-Jul-02 | Identifying data in a data processing system |
| 09/987,723 | 6,928,442 | 15-Nov-01 | 9-Aug-05 | Enforcement And Policing Of Licensed Content Using Content-Based Identifiers |
| 11/980,687 | 7,802,310 | 31-Oct-07 | 21-Sep-10 | Controlling access to data in a data processing system |
| 11/980,679 | 7,945,539 | 31-Oct-07 | 17-May-11 | Distributing and accessing data in a data processing system |
| 11/980,688 | 7,945,544 | 31-Oct-07 | 17-May-11 | Similarity-based access control of data in a data processing system |
| 10/742,972 | 7,949,662 | 12-Dec-02 | 24-May-11 | De-Duplication Of Data In A Data Processing System |

ASSIGNOR, for adequate consideration received from:

### PersonalWeb Technologies, LLC
112 E Line Street, Suite 204, Tyler, Texas 75702, U.S.A.

(hereinafter "ASSIGNEE"), the receipt and sufficiency of which is hereby acknowledged, does hereby sell, assign and transfer unto ASSIGNEE, his/her/its successors, assigns and legal representatives, the full and exclusive right, title and interest to each said Letters Patent, including, though not in way of limitation, all rights of recovery for past infringement thereof, and to the invention of each said Letters Patent in the United States of America and all foreign countries, as described in each said Letters Patent, and to the application issuing as each Letters Patent and to all continuations, divisions, substitutes, and reissues thereof, together with the right of priority under the International Convention for the Protection of Industrial Property, Inter-American Convention Relating to Patents, Designs and Industrial Models, and any other international agreements to which the United States of America adheres.

AND ASSIGNOR hereby agrees to testify and execute any papers for ASSIGNEE, its successors, assigns and legal representatives, deemed essential by ASSIGNEE to ASSIGNEE'S full protection and title in and to the property hereby transferred.

ASSIGNOR furthermore agrees, without further remuneration, to execute any and all papers requested by ASSIGNEE, its successors, assigns and legal representatives, for the filing and granting of foreign applications and the perfecting of title thereto in ASSIGNEE.

ASSIGNMENT OF ISSUED U.S. PATENTS
FROM
KINETECH, INC. TO PERSONALWEB TECHNOLOGIES, LLC

ASSIGNOR hereby authorizes Davidson Berquist Jackson & Gowdey LP of the above address to insert hereon any further identification necessary or desirable for recordation of this document.

In witness whereof, executed by the undersigned on the date(s) opposite the undersigned signature(s).

KINETECH, INC.
ASSIGNOR
SIGNATURE: _____
NAME: Anthony Neumann

In the presence of:
Signature: _Allysa Sim_____
Name: _Allyson Simons_____

DATE: 7/5/11

**Acceptance Declaration**

ASSIGNEE hereby agrees to and accepts the above-mentioned assignment from ASSIGNOR.

**Assignee (PersonalWeb Technologies, LLC):**

Signature: _____          Date: _____
        Name: Michael Weiss
        Title: Manager

ASSIGNMENT OF ISSUED U.S. PATENTS
FROM
KINETECH, INC. TO PERSONALWEB TECHNOLOGIES, LLC

ASSIGNOR hereby authorizes Davidson Berquist Jackson & Gowdey LP of the above address to insert hereon any further identification necessary or desirable for recordation of this document.

In witness whereof, executed by the undersigned on the date(s) opposite the undersigned signature(s).

                    KINETECH, INC.
                    ASSIGNOR
                    SIGNATURE: _____
                    NAME: Anthony Neumann

In the presence of:

Signature: _____      DATE: _____

Name: _____

**Acceptance Declaration**

ASSIGNEE hereby agrees to and accepts the above-mentioned assignment from ASSIGNOR.

**Assignee (PersonalWeb Technologies, LLC):**

Signature: _____ Date: 7/5/11
Name: Michael Weiss
Title: Manager

Page 2 of 2