
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE, INC. and YOUTUBE, LLC,<br><br>    Defendants. | Civil Action No. 6:11-cv-00656 (LED) |

**GOOGLE, INC. AND YOUTUBE, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Google, Inc. and YouTube, LLC file this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

Google, Inc. is not owned by a parent corporation and is not aware of any publicly held company owning 10% or more of Google, Inc.'s stock.

YouTube, LLC is a wholly-owned subsidiary of Google, Inc.


Dated: February 27, 2012          Respectfully submitted,

                                                 /s/ Michael E. Jones
                                                 Michael E. Jones
                                                 State Bar No. 10929400
                                                 **POTTER MINTON P.C.**
                                                 110 N. College Ave., Suite 500
                                                 Tyler, TX 75702
                                                 Phone: (903) 597-8311
                                                 Fax: (903) 593-0846
                                                 mikejones@potterminton.com

Michael A. Berta (admitted *pro hac vice*)
**ARNOLD & PORTER LLP**
7th Floor
Three Embarcadero Center
San Francisco, CA 94111
Phone: (415) 471-3100
Fax: (415) 471-3400
michael.berta@aporter.com

ATTORNEYS FOR DEFENDANTS
GOOGLE, INC. and YOUTUBE, LLC

### CERTIFICATE OF SERVICE

    I hereby certify that, on the 27th day of February, 2012, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's ECF system. Local Rule CV-5(a)(3).

/s/ Michael E. Jones
Michael E. Jones