**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, INC. and YOUTUBE, LLC, <br><br> Defendants. | Civil Action No. 6:11-cv-00656 (LED) |

### DEFENDANTS GOOGLE, INC.'S AND YOUTUBE, LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Rule CV-5(a)(7), Defendants Google, Inc. ("Google") and YouTube, LLC ("YouTube") respectfully move the Court for leave to file under seal their Motion to Transfer Venue to United States District Court for the Northern District of California Under 28 U.S.C. § 1404(a) which is being filed concurrently.

Google and YouTube's Motion to Transfer Venue incorporates confidential information regarding a License Agreement between Kinetech, Inc. and Digital Island, Inc., dated September 1, 2000, (Exhibit 17) which was obtained from counsel for Plaintiff. Plaintiff designated this license agreement as confidential and as viewable only by "outside counsel and in-house counsel responsible for this action." As a protective order has not yet been entered, Google and YouTube respectfully move for leave to file their Motion to Transfer Venue under seal.

Plaintiff is unopposed to the relief requested in this Motion.

Defendants Google, Inc. and YouTube, LLC hereby respectfully request that the Court enter the attached order allowing them to file their Motion to Transfer Venue to United States

District Court for the Northern District of California Under 28 U.S.C. § 1404(a) (and any attachments thereto) under seal.

Dated: March 8, 2012

Respectfully submitted,

*/s/ Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
**POTTER MINTON P.C.**
110 N. College
Tyler, TX 75702
Phone: (903)-597-8311
Fax: (903)-593-0846
mikejones@potterminton.com

Michael A. Berta (admitted *pro hac vice*)
**ARNOLD & PORTER LLP**
7th Floor
Three Embarcadero Center
San Francisco, CA 94111
Phone: (415) 471-3100
Fax: (415) 471-3400
michael.berta@aporter.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 8, 2012.

*/s/ Michael E. Jones*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on February 29, 2012 counsel for Defendants complied with the meet and confer requirement in Local Rule CV-7(h). This motion is unopposed.

*/s/ Michael E. Jones*