**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC. and YOUTUBE, LLC,<br><br>Defendants. | Civil Action No. 6:11-cv-00656 (LED) |

**ORDER GRANTING DEFENDANTS GOOGLE, INC.'S AND YOUTUBE, LLC'S
UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendants Google, Inc. and YouTube, LLC filed their Unopposed Motion for Leave to File their Motion to Transfer Venue to United States District Court for the Northern District of California Under 28 U.S.C. § 1404(a) under seal. Having considered same, such motion is **GRANTED**. It is therefore

**ORDERED** that Defendants Google, Inc.'s and YouTube, LLC's Motion to Transfer Venue to United States District Court for the Northern District of California Under 28 U.S.C. § 1404(a) (and the attachments thereto) is authorized to be filed under seal.