**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC, | Civil Action No. 6:11-cv-00656 (LED) |
| Plaintiff, | JURY TRIAL REQUESTED |
| v. | |
| GOOGLE, INC. and YOUTUBE, LLC, | |
| Defendants. | |

**NOTICE OF APPERANCE OF ADDITIONAL COUNSEL**

Defendants Google, Inc. and YouTube LLC file this Notice of Appearance of Additional Counsel and hereby notify the Court that Allen F. Gardner of the law firm Potter Minton, P.C., 110 N. College Ave., Suite 500, Tyler, Texas 75702 is appearing as additional counsel for Defendants. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: March 8, 2012

Respectfully submitted,

*/s/ Allen F. Gardner*
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
Potter Minton, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**ATTORNEYS FOR DEFENDANTS
GOOGLE, INC. AND YOUTUBE, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 8, 2012. Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Allen F. Gardner*
Allen F. Gardner
