**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NEC CORPORATION OF AMERICA, INC., <br><br> Defendant. | Civil Action No. 6:11-cv-00655 (LED) |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE, INC. AND YOUTUBE, LLC, <br><br> Defendants. | Civil Action No. 6:11-cv-00656 (LED) |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NETAPP, INC., <br><br> Defendant. | Civil Action No. 6:11-cv-00657 (LED) |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC.; AMAZON WEB SERVICES LLC; AND DROPBOX, INC., <br><br> Defendants. | Civil Action No. 6:11-cv-00658 (LED) |

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC,<br><br>        Plaintiffs,<br><br>   v.<br><br>CARINGO, INC.,<br><br>        Defendant. | Civil Action No. 6:11-cv-00659 (LED) |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC,<br><br>        Plaintiffs,<br><br>   v.<br><br>EMC CORPORATION AND VMWARE, INC.,<br><br>       Defendants. | Civil Action No. 6:11-cv-00660 (LED) |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC,<br><br>        Plaintiffs,<br><br>   v.<br><br>AUTONOMY, INC., HEWLETT-PACKARD COMPANY, AND HP ENTERPRISE SERVICES, LLC,<br><br>       Defendants. | Civil Action No. 6:11-cv-00683 (LED) |

**JOINT MOTION TO ENTER DISCOVERY ORDER**

The parties in the above-captioned cases hereby move this Court to enter a Discovery Order of the form attached hereto.  Plaintiff and Defendants were able to agree on all of Discovery Order language except the form of an E-Discovery Order.  Accordingly, the parties attach hereto their respective E-Discovery Order proposals.  By Wednesday, July 25, 2012, the parties will submit a single brief of no more than four pages explaining their respective positions on their respective proposed form of the E-Discovery Order.

Accordingly, the parties respectfully request that the Court enter a Discovery Order and an E-Discovery Order, and resolve the parties' dispute regarding the form of the E-Discovery Order.

DATED: July 23, 2012                                                  Respectfully submitted,

                                              By: */s/ Kalpana Srinivasan*
                                                   Max L. Tribble, Jr.
                                                   State Bar No. 20213950
                                                   mtribble@susmangodfrey.com
                                                   SUSMAN GODFREY L.L.P.
                                                   1000 Louisiana Street, Suite 5100
                                                   Houston, Texas 77002
                                                   Telephone:  (713) 651-9366
                                                   Facsimile:  (713) 654-6666

                                                   Lead Attorney for Plaintiff
                                                   PersonalWeb Technologies, LLC

Joseph Grinstein
State Bar No. 24002188
jgrinstein@susmangodfrey.com
Ashley L. McMillian
State Bar No. 24070252
amcmillian@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666

Marc M. Seltzer
State Bar No. 54534
mseltzer@susmangodfrey.com
Victoria L. Cook
vcook@susmangodfrey.com
State Bar No. 24031912
Kalpana Srinivasan
ksrinivasan@susmangodfrey.com
CA State Bar No. 237460
SUSMAN GODFREY L.L.P.
1901 Ave of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile:  (310) 789-3150

Attorneys for Plaintiff
PersonalWeb Technologies, LLC

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff has conferred with Counsel for Defendants regarding the Discovery Order, and the parties agree with this filing.

*/s/ Kalpana Srinivasan*
Kalpana Srinivasan

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2012, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Kalpana Srinivasan*
Kalpana Srinivasan