# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NEC CORPORATION OF AMERICA, INC.,<br><br>Defendant. | Civil Action No. 6:11-cv-00655 (LED) |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC. AND YOUTUBE, LLC,<br><br>Defendants. | Civil Action No. 6:11-cv-00656 (LED) |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NETAPP, INC.,<br><br>Defendant. | Civil Action No. 6:11-cv-00657 (LED) |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.; AMAZON WEB SERVICES LLC; AND DROPBOX, INC.,<br><br>Defendants. | Civil Action No. 6:11-cv-00658 (LED) |

858500

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CARINGO, INC., <br><br> Defendant. | Civil Action No. 6:11-cv-00659 (LED) |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EMC CORPORATION AND VMWARE, INC., <br><br> Defendants. | Civil Action No. 6:11-cv-00660 (LED) |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AUTONOMY, INC., HEWLETT-PACKARD COMPANY, AND HP ENTERPRISE SERVICES, LLC, <br><br> Defendants. | Civil Action No. 6:11-cv-00683 (LED) |

**JOINT MOTION TO ENTER DISCOVERY ORDER**

On July 23, 2012, the parties in the above-captioned cases jointly moved this Court to enter a Discovery Order and an e-Discovery Order, and to resolve several disputed as to the form of the e-Discovery Order. On August 10, 2012, the Court entered the e-Discovery Order after resolving the parties' disputes. However, the Court never entered the stipulated Discovery Order. For the Court's convenience, the parties hereby re-submit the stipulated Discovery Order and jointly ask that it be entered in each of the above-captioned cases.

DATED: February 7, 2012                                              Respectfully submitted,


                                                                     By: */s/ Ashley L. McMillian*
                                                                         Max L. Tribble, Jr.
                                                                         State Bar No. 20213950
                                                                         mtribble@susmangodfrey.com
                                                                         SUSMAN GODFREY L.L.P.
                                                                         1000 Louisiana Street, Suite 5100
                                                                         Houston, Texas 77002
                                                                         Telephone: (713) 651-9366
                                                                         Facsimile: (713) 654-6666

                                                                         Lead Attorney for Plaintiff
                                                                         PersonalWeb Technologies, LLC

Joseph Grinstein
State Bar No. 24002188
jgrinstein@susmangodfrey.com
Ashley L. McMillian
State Bar No. 24070252
amcmillian@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Marc M. Seltzer
State Bar No. 54534
mseltzer@susmangodfrey.com
Victoria L. Cook
vcook@susmangodfrey.com
State Bar No. 24031912

Kalpana Srinivasan
ksrinivasan@susmangodfrey.com
CA State Bar No. 237460
SUSMAN GODFREY L.L.P.
1901 Ave of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile:  (310) 789-3150

Attorneys for Plaintiff
PersonalWeb Technologies, LLC

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3)(A) on <u>February 7, 2013</u>.

                                                             */s/ Ashley L. McMillian*
                                                             Ashley L. McMillian

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff has conferred with Counsel for Defendants regarding the Discovery Order, and the parties agree with this filing.

>
> */s/ Ashley L. McMillian*
> Ashley L. McMillian