IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **PERSONALWEB TECHNOLGIES, LLC** <br><br>    **Plaintiff,**<br><br>vs.<br><br>**GOOGLE INC. AND YOUTUBE, LLC**<br><br>    **Defendants.** | § § § § § § § § § § § | **CASE NO. 6:11-CV-656**<br>**PATENT CASE** |
| **PERSONALWEB TECHNOLGIES, LLC**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**NETAPP, INC.**<br><br>    **Defendant.** | § § § § § § § § § § § | **CASE NO. 6:11-CV-657**<br>**PATENT CASE** |
| **PERSONALWEB TECHNOLGIES, LLC**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**EMC CORPORATION, AND VMWARE, INC.**<br><br>    **Defendants.** | § § § § § § § § § § § | **CASE NO. 6:11-CV-660**<br>**PATENT CASE** |

1

|  |  |
|---|---|
| **PERSONALWEB TECHNOLGIES, LLC** § § § | |
| Plaintiff, § § | |
| vs. § § | **CASE NO. 6:12-CV-662** |
| FACEBOOK, INC. § § | **PATENT CASE** |
| Defendant. § § | |

## TRANSFER ORDER

Before the Court are the following motions to transfer to the Northern District of California: 6:11-CV-656, Docket No. 23 (Google and YouTube); 6:11-CV-657, Docket No. 27 (NetApp); 6:11-CV-660, Docket No. 13 (EMC and VMWare); and 6:12-CV-662, Docket No. 25 (Facebook). On March 21, 2013, the Court conditionally transferred these Defendants to the Northern District of California, with the transfers to become effective after the Court issued its claim construction opinion. *See* 6:11-CV-656, Docket No. 131. Since the Court recently issued its claim construction opinion, these cases shall now be transferred.

Google's Motion to Transfer (6:11-CV-656, Docket No. 23) is **GRANTED**. NetApp's Motion to Transfer (6:11-CV-657, Docket No. 27) is **GRANTED**. EMC Motion to Transfer (6:11-CV-660, Docket No. 13) is **GRANTED**. Facebook's Motion to Transfer (6:12-CV-662, Docket No. 25) is **GRANTED**. The Clerk is **ORDERED** to transfer these cases to the Northern District of California. The Court hereby **WAIVES** the 21-day waiting period pursuant to Local Rule CV-83(b), so the cases may be transferred immediately.

**So ORDERED and SIGNED this 5th day of August, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**